**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS LESTER STARK,                    No. C 02-290 MMC

12              Petitioner,                 **ORDER GRANTING PETITION FOR**
                                            **WRIT OF HABEAS CORPUS**
13       v.

14  RODERICK HICKMAN, Warden,

15              Respondent
    _____/

16

17          On remand from and at the direction of the Ninth Circuit Court of Appeals, the

18  petition for a writ of habeas corpus is hereby GRANTED.

19          Respondent shall release petitioner from custody, unless, with sixty days of the filing

20  of this order, the State of California grants petitioner a new trial.

21          **IT IS SO ORDERED.**

22

23  Dated: March 7, 2007

24                                          MAXINE M. CHESNEY
                                            United States District Judge
25

26

27

28